TODD BLANCHE
Deputy Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number
JOSEPH WEIDHAAS
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Joshua.Brister@usdoj.gov
*Attorneys for the United States of America*

Representing the United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERIK ROBERT RASMUSSON K, <br><br> Defendant. | Case No.: 2:26-cr-00127-CDS-EJY <br><br> **Petition for Writ of Habeas Corpus Ad Prosequendum for ERIK ROBERT RASMUSSON (ID # 01598211)** |

The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, Clark County Detention Center, Las Vegas, Nevada, and the United States Marshal for the District of Nevada to produce **ERIK ROBERT RASMUSSON,** before the United States District Court on or about Weds, 7/08/26 @ 2:30pm in Courtroom #3A before U.S. Magistrate Judge Albregts ____, for initial appearance regarding a Criminal Indictment , is currently in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

On June 17, 2026, a federal grand jury in this District returned an Indictment in the above-captioned matter charging **ERIK ROBERT RASMUSSON.**

Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce **ERIK ROBERT RASMUSSON,** before this Court for the purpose of initial appearance regarding a Criminal Indictment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

Respectfully submitted this 24th day of June, 2026

TODD BLANCHE
Deputy Attorney General

By_____
JOSEPH WEIDHAAS
Assistant United States Attorneys

Attorneys for Plaintiffs
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIK ROBERT RASMUSSON,

Defendant.

Case No.: 2:26-cr-00127-CDS-EJY

**Order for Issuance of Writ
of Habeas Corpus Ad Prosequendum
For ERIK ROBERT RASMUSSON
(ID # 01598211)**

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of **ERIK ROBERT RASMUSSON,** before the United States District Court at Las Vegas, Nevada, on or about **Weds, 7/08/26 @ 2:30pm in Courtroom #3A before U.S. Magistrate Judge Albregts** _____, for initial appearance regarding a Criminal Indictment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED:  June 24, 2026

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

ERIK ROBERT RASMUSSON,

    Defendant

Case No.: 2:26-cr-00127-CDS-EJY

**Writ of Habeas Corpus**
**Ad Prosequendum for**
**ERIK ROBERT RASMUSSON**
**ID # 01598211)**

TO:   WARDEN,
       CLARK COUNTY DETENTION CENTER
       LAS VEGAS, NEVADA
       UNITED STATES MARSHAL FOR THE DISTRICT OF
       NEVADA AND ANY OTHER UNITED STATES MARSHAL

### G R E E T I N G S

WE COMMAND that you have the body of **ERIK ROBERT RASMUSSON,** detained in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about _ **Weds, 7/08/26 @ 2:30pm in Courtroom #3A before U.S. Magistrate Judge Albregts** _____, for initial appearance regarding a Criminal Indictment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, until **ERIK ROBERT RASMUSSON,** is released and discharged by the said Court; and that you shall thereafter return **ERIK ROBERT RASMUSSON,** to the custody of the Warden,

Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct, and have you then and there this writ.

DATED:  June 24, 2026

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

ATTEST:      DEBRA K. KEMPI, Clerk         DATED:
             United States District Court

      By  _____
               Deputy

2